IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY L. WAYERSKI,

    Petitioner,

v.

CATHY A. JESS,

    Respondent.

ORDER

Case No. 20-cv-88-bbc

On January 30th, 2020, I entered an order denying petitioner Gary L. Wayerski's motion for leave to proceed without prepayment of the $5 filing fee in this case. Now petitioner has submitted a motion to use his release account to pay the fee and for an extension of time, along with documentation from the institution's business office that states that petitioner does not have the funds available in his regular account to pay the $5 filing fee.

After reviewing his motion and the documentation from the business office, it appears that petitioner presently has no means to pay the $5 filing fee. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee.

ORDER

IT IS ORDERED that:

1. Petitioner Gary L. Wayerski's motion leave to proceed without prepayment of the filing fee is GRANTED.

2. Petitioner's motion for extension of time and request to pay his filing fee from his release account is DENIED AS MOOT.

Entered this 25th day of February, 2020.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge