IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY L. WAYERSKI,

    Petitioner,

    v.

Case No. 20-cv-88-bbc

SARAH COOPER,

    Respondent.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Gary L. Wayerski's petition for a writ of habeas corpus and dismissing this case.

| /s/ | 2/26/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |